**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1721**

CHONG SU YI, People of Similar Situations,

Plaintiff – Appellant,

v.

GOLDEN CORRAL,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Theodore D. Chuang, District Judge. (8:16-cv-01151-TDC)

Submitted:  December 15, 2016        Decided:  December 19, 2016

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Chong Su Yi, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chong Su Yi appeals the district court's order dismissing his complaint under 28 U.S.C. § 1915(e)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we modify the district court's order to show that the dismissal is without prejudice and affirm as modified for the reasons stated by the district court. Yi v. Golden Corral, No. 8:16-cv-01151-TDC (D. Md. May 31, 2016); see also Nagy v. FMC Butner, 376 F.3d 252, 258 (4th Cir. 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED

2